■ In the Matter of KAREN BHOORASINGH, Appellant, v ISRAEL KORTRIGHT, Respondent. (Proceeding No. 1.) In the Matter of ISRAEL KORTRIGHT, Respondent, v KAREN BHOORASINGH, Appellant. (Proceeding No. 2.) [26 NYS3d 714]—Appeal from an

order of the Family Court, Kings County (Michael L. Katz, J.), dated January 15, 2014. The order, after a hearing, insofar as appealed from, denied the mother's petition to modify a prior order of custody and visitation of that court (Lisa Ottley, J.), dated December 14, 2010, so as to suspend the father's visitation rights.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The order appealed from was, in effect, superseded by a subsequent order of the Family Court, Kings County, dated January 16, 2015, which is the subject of a companion appeal decided herewith (see Matter of Kortright v Bhoorasingh, 137 AD3d 1037 [2016] [decided herewith]). In light of our determination of that appeal, the instant appeal has been rendered academic. Dillon, J.P., Chambers, Dickerson and Barros, JJ., concur.